164 So.2d 715

**Ex parte Kenneth BRAWLEY.**

**2 Div. 458.**

Supreme Court of Alabama.

May 28, 1964.

Kenneth Brawley, pro se.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for respondent.

HARWOOD, Justice.

Petition dismissed.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

164 So.2d 715

**Ex parte Orville D. COUCH.**

**3 Div. 143.**

Supreme Court of Alabama.

May 28, 1964.

Orville D. Couch, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

SIMPSON, Justice.

Petition dismissed.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

159 So.2d 812

**Edward Nelson CREEL**

**v.**

**STATE.**

**8 Div. 158.**

Supreme Court of Alabama.

Jan. 16, 1964.

Nabors & Torbert, Gadsden, for petitioner.

Richmond M. Flowers, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and Roy E. Hicks, Montgomery, opposed.

HARWOOD, Justice.

Petition of Edward Nelson Creel for certiorari to the Court of Appeals to review and revise the judgment and decision in Creel v. State, Ala.App., 159 So.2d 809.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

160 So.2d 897

**Carlton CROOK**

**v.**

**STATE.**

**8 Div. 157.**

Supreme Court of Alabama.

Feb. 13, 1964.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Albert P. Brewer, Decatur, opposed.